# United States District Court
# Eastern District of California

Scanning Technology Innovations, LLC

Plaintiff(s)

V.

The DataMAX Software Group, Inc.

Defendant(s)

Case Number: 2:26-cv-03605-DC-JDP

APPLICATION FOR PRO HAC VICE AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, René A. Vazquez hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Scanning Technologies Innovations, LLC

On 10/04/2022 (date), I was admitted to practice and presently in good standing in the Eastern District of Virginia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 11/20/2026

Signature of Applicant: /s/ René A. Vazquez

**Pro Hac Vice Attorney**

Applicant's Name: René A. Vazquez

Law Firm Name: DNL Zito

Address:

1250 Connecticut Avenue, NW

City: Washington State: DC Zip: 20036

Phone Number w/Area Code: (703) 989-2244

City and State of Residence: Leesburg, Virginia

Primary E-mail Address: rvazquez@dnlzito.com

Secondary E-mail Address: litigation@dnlzito.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Stephen M. Lobbin

Law Firm Name: SML Avvocati P.C.

Address: 888 Prospect Street, Suite 200

City: La Jolla State: CA Zip: 92037

Phone Number w/Area Code: (949) 636-1391 Bar # 181195

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 24, 2026

Dena Coggins
United States District Judge